

# Fourth Court of Appeals
## San Antonio, Texas

September 29, 2022

No. 04-22-00594-CR

**EX PARTE** Jorge **RAMOS PALOS**

From the County Court, Kinney County, Texas
Trial Court No. 10384CR
Honorable Tully Shahan, Judge Presiding

## O R D E R

The court reporter has filed a notification of late reporter's record, requesting an extension until October 10, 2022. We GRANT her request and ORDER her to file the reporter's record on or before October 10, 2022.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of September, 2022.

_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court